## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAN JULIA, EXECUTRIX IN THE
ESTATE OF INGRID SOBOLEWSKA,
DECEASED,

          Petitioner

      v.

LORI J. CERATO, ESQUIRE,

          Respondent

: No. 97 MAL 2015
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.